The Indianapolis and Cincinnati Railroad Co. *v.* Oestel.

————————◆◆————————

THE INDIANAPOLIS AND CINCINNATI RAILROAD Co. *v.* OESTEL.

RAILROADS.—A railroad company is not required to fence her track in the immediate vicinity of her engine house, machine shops, car house, and wood yard, and the company is therefore not liable for stock killed by her in such places.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Suit by the appellee against the railroad company for killing a hog. The suit is based upon the statute making railroad companies liable for stock killed upon the road where it is not fenced. Judgment for the plaintiff.

We are of opinion that the defendant was not required to fence the road at the point where the animal in question was killed. It was at that point, near *Indianapolis,* where the engine house and machine shop, car house, wood house and wood yard, of the defendant are situated, which point, as it seems to us, could not well be fenced. *Indianapolis, &c., R. R. Co.* v. *Kinney,* 8 Ind. 402.

The judgment below is reversed with costs, and the cause remanded.

*Thomas A. Hendricks, Oscar B. Hord,* and *Scobey & Pound,* for the appellant.

*R. L. Walpole,* for the appellee.